# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

ANTOINE EDWARDS, SR.

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2026 CW 0199

**APRIL 7, 2026**

---

In Re:    Antoine Edwards, Sr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 753477.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** The March 13, 2026 judgment dismissing relator's action is a final appealable judgment. See La. R.S. 15:1177(A)(10). An appeal of a final judgment is taken by filing a motion for appeal in the district court, along with an order for the judge's signature showing the return date of the appeal, within the delays set out in La. Code Civ. P. art. 2087. Filing documents directly with this court does not suspend the running of the appeal delays. **Strickland v. Layrisson**, 96-1280 (La. App. 1st Cir. 6/20/97), 696 So.2d 621, 24, <u>writ denied</u>, 97-1940 (La. 11/14/97), 704 So.2d 228.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT